UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No.: 6:15-bk-01838-KSJ
        Chapter 7

JODELL M. ALTIER,

    Debtor.
_____/

GENE T. CHAMBERS, Trustee in Bankruptcy
for Jodell M. Altier,

    Plaintiff,

v.

JENNIFER E. SANDMAN and  Adv. Pro. No. 6:16-ap-00013-KSJ
JILL A. ALTIER, Successor Co-Trustees,
ALTIER FAMILY IRREVOCABLE TRUST U/A
DTD 7/9/2002, GRANDE LEGACY GROUP
(A Texas Joint-Stock Company) of Orange County, Florida,
and JODELL M. ALTIER and JOSEPH E. ALTIER,
as Trustees of Orange County, Florida,

    Defendants.
_____/

## NOTICE OF LIS PENDENS

TO:   THE ABOVE NAMED DEFENDANTS AND
      ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING

    a.    The Plaintiff has instituted this action on January 21, 2016, against Defendants, Jodell M. Altier ("Debtor"), Jennifer E. Sandman ("Sandman"), as Successor Co-Trustee of the Altier Family Irrevocable Trust U/A DTD 7/9/2002 (the "Family Trust"), Jill A. Altier ("Jill Altier"), as Successor Co-Trustee of the Family Trust, Grande Legacy Group (A Texas Joint-Stock Company) of Orange County, Florida ("GLG"), Jodell M. Altier, as Trustee of Orange

County, Florida ("Trustee Jodell Altier"), and Joseph E. Altier, as Trustee of Orange County, Florida ("Trustee Joseph Altier"), seeking to determine and declare the extent of the Estate's interest in real property, to quiet title, and to recover actual and constructive fraudulent transfers on the following real property located in Orange County, Florida, to wit:

> Lot 67, Metrowest Unit Two Replat, according to the map or plat thereof, as recorded in Plat Book 23, Page(s) 120 and 121, of the Public Records of Orange County, Florida.

Dated this __21_ day of January, 2016.

NARDELLA & NARDELLA, PPLC<br>
Attorney for Plaintiff<br>
250 East Colonial Drive, Suite 102<br>
Orlando, FL 32801<br>
Telephone: (407) 966-2680<br>
Facsimile: (407) 966-2681<br>
Email: mnardella@nardellalaw.com<br>
<br>
By: _____<br>
MICHAEL A. NARDELLA, ESQ.<br>
Florida Bar No. 051265