UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No.: 6:15-bk-01838-KSJ
  Chapter 7
JODELL M. ALTIER,

    Debtor.
_____/

GENE T. CHAMBERS, Trustee in Bankruptcy
for Jodell M. Altier,

    Plaintiff,

v.

JENNIFER E. SANDMAN and  Adv. Pro. No. 6:16-ap-00013-KSJ
JILL A. ALTIER, Successor Co-Trustees,
ALTIER FAMILY IRREVOCABLE TRUST U/A
DTD 7/9/2002, GRANDE LEGACY GROUP
(A Texas Joint-Stock Company) of Orange County, Florida,
and JODELL M. ALTIER and JOSEPH E. ALTIER,
as Trustees of Orange County, Florida,

    Defendants.
_____/

## NOTICE OF LIS PENDENS

TO:    THE ABOVE NAMED DEFENDANTS AND
        ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING

    a.    The Plaintiff has instituted this action on January 21, 2016, against Defendants, Jodell M. Altier ("Debtor"), Jennifer E. Sandman ("Sandman"), as Successor Co-Trustee of the Altier Family Irrevocable Trust U/A DTD 7/9/2002 (the "Family Trust"), Jill A. Altier ("Jill Altier"), as Successor Co-Trustee of the Family Trust, Grande Legacy Group (A Texas Joint-Stock Company) of Orange County, Florida ("GLG"), Jodell M. Altier, as Trustee of Orange

County, Florida ("Trustee Jodell Altier"), and Joseph E. Altier, as Trustee of Orange County, Florida ("Trustee Joseph Altier"), seeking to determine and declare the extent of the Estate's interest in real property, to quiet title, and to recover actual and constructive fraudulent transfers on the following real property located in Orange County, Florida, to wit:

> Lot 28, Block 7, TORTOISE ISLAND, PHASE FOUR, P.U.D., according to the plat thereof as recorded in Plat Book 34, Pages 69 through 79 of the Public Records of Brevard County, Florida.

Dated this __21__ day of January, 2016.

NARDELLA & NARDELLA, PPLC
Attorney for Plaintiff
250 East Colonial Drive, Suite 102
Orlando, FL 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
Email: mnardella@nardellalaw.com

By: _____
MICHAEL A. NARDELLA, ESQ.
Florida Bar No. 051265