# U.S. Bankruptcy Court
## Middle District of Florida

In re:
**JODELL M ALTIER**
Debtor

Bankruptcy Case No. **6:15–bk–01838–KSJ**

**GENE T CHAMBERS**
Plaintiff
v.
**JODELL M ALTIER**
**JENNIFER E. SANDMAN, AS TRUSTEE OF THE ALTIER**
**FAMILY IRREVOCABLE TRUST U/A DTD 7/9/2002 ET. AL.**
Defendant

Adversary Proceeding No. **6:16–ap–00013–KSJ**

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Middle District of Florida**<br>**400 West Washington Street, Suite 5100**<br>**Orlando, FL 32801** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Michael A Nardella**<br>**250 East Colonial Drive, Ste 102**<br>**Orlando, FL 32801** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



FILED
01/22/2016

*Lu Ann Bennett*

Clerk, U.S. Bankruptcy Court

**\*\*\* Important Notice \*\*\***
.
**The enclosed Certificate of Service must be filed with the court after service has been made on the parties.**

CSD 3007

**continued caption next page:**

Case 6:16-ap-00013-KSJ    Doc 6    Filed 01/22/16    Page 2 of 9

**Listing Of Defendant Names:**

JODELL M ALTIER
2507 ROAT DRIVE
ORLANDO, FL 32835

JENNIFER E. SANDMAN, AS TRUSTEE OF THE ALTIER FAMILY IRREVOCABLE TRUST U/A DTD 7/9/2002

JILL A. ALTIER, AS TRUSTEE OF THE ALTIER FAMILY IRREVOCABLE TRUST U/A DTD 7/9/2002

GRANDE LEGACY GROUP, A TEXAS JOINT STOCK COMPANY
2507 ROAT DRIVE
ORLANDO, FL 32835

JODELL M ALTIER, A TRUSTEE OF ORANGE COUNTY, FLORIDA
2507 ROAT DRIVE
ORLANDO, FL 32835

JOSEPH ALTIER, AS TRUSTEE OF ORANGE COUNTY, FLORIDA
2507 ROAT DRIVE
ORLANDO, FL 32835

## CERTIFICATE OF SERVICE

I, _Michael A. Nardella_ , certify that I am, and at all times during the
(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_1/27/2016_ by:
(date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Grande Legacy Group
8104 Hook Circle
Orlando, FL 32836

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_1/27/2016_                                    _____
Date                                                                    Signature

Print Name
Michael A. Nardella, Esq.

Business Address
250 E. Colonial Drive, Suite 102

City                          State              Zip
Orlando                    FL                 32801