UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**FILED**
FEB 12 2016
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:  
JODELL M. ALTIER  
Debtor

Case No.: 6:15-bk-01838-KSJ

GENE T. CHAMBERS, Trustee  
Plaintiff  
v.  
JODELL M. ALTIER  
Defendant  
_____/

Adversary Proceeding No: 6:16-ap-00013-KSJ

## MOTION FOR EXTENSION OF TIME

**HEREIN,** Defendants, JENNIFER E. SANDMAN and JILL A. Altier, Successor Co-Trustees, Pro Se request this Honorable Court grant a thirty (30) day Extension of Time to file their Reply to Plaintiff's Adversary Complaint to Determine and Declare Extent of Estate's Interest in Real Property, to Quiet Title, and to Recover Actual and Constructive Fraudulent Transfers. Defendants are representing themselves pro se and need additional time. Defendants are making an honest, good-faith request for an extension of time to file her Reply.

Respectfully submitted,

_____  
Jennifer E. Sandman, Successor Co-Trustee  
Altier Family Irrevocable Trust  
2507 Roat Drive  
Orlando, FL 32835

_____  
Jill A. Altier, Successor Co-Trustee  
Altier Family Irrevocable Trust  
2507 Roat Drive  
Orlando, FL 32835

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished by U.S. Mail and/or email to the parties listed below this __12__ day of February, 2016.

1. Gene T. Chambers, Trustee P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801

2. Michael A Nardella, Esq., Anthony M. Nardella, Jr., Esq., of Nardella & Nardella PLLC, 250 E. Colonial Dr. #102 Orlando, FL. 32801, Attorneys for Gene T. Chambers.

_____
Jennifer E. Sandman, Successor Co-Trustee
Altier Family Irrevocable Trust
2507 Roat Drive
Orlando, FL 32835

_____
Jill A. Altier, Successor Co-Trustee
Altier Family Irrevocable Trust
2507 Roat Drive
Orlando, FL 32835