UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
    JODELL ALTIER

Case No. 6:15-bk-1838-KSJ

    Debtor
_____/

GENE T. CHAMBERS, Trustee,
    Plaintiff,
vs.

Case No. 6:16-ap-13-KSJ

JODELL ALTIER, et al.
    Defendants.
_____/

## **ANSWER**

The Defendants, JODELL ALTIER and JOSEPH E. ALTIER, file their Answer to Plaintiff's Complaint and state as follows:

1.     Admit for jurisdictional purposes only.

2.     Admit for jurisdictional purposes only.

3.     Admit for jurisdictional purposes only.

4.     Admit for jurisdictional purposes only.

5.     Admit.

6.     Admit.

7.     Admit.

8.     Admit that the Family Trust is established under the laws of Florida. Deny the remainder.

9.     Deny for lack of knowledge.

10.     Admit that Defendants reside in Orange County, Florida, and are subject to the jurisdiction of this Court. Deny that Defendants are trustees of an "unknown trust." Deny remaining

allegations of fact, if any.

11. Admit.

12. Admit.

13. Admit that the property was conveyed to GLG pursuant to a warranty deed. Admit that a copy of the deed was attached to the Complaint. Deny that the property was transferred by Joseph Altier in any capacity. Deny that the property was transferred by Jodell Altier as a trustee.

14. Deny for lack of knowledge.

15. Deny as to the contents of the deed as the document speaks for itself. Deny for lack of knowledge as to the remainder.

16. Deny.

17. Deny.

18. Admit.

19. Admit.

20. Admit.

21. Deny.

22. Deny.

23. Deny for lack of knowledge.

24. Deny as to the contents of the deed as the document speaks for itself. Deny for lack of knowledge as to the remainder.

25. Deny for lack of knowledge.

26. Deny.

27. Admit.

28. Admit.

29. Admit.

30. Deny.

31. Deny.

32. Deny for lack of knowledge.

33. Deny as to the contents of the deed as the document speaks for itself. Deny for lack of knowledge as to the remainder.

34. Deny for lack of knowledge

35. Deny.

36. Admit and deny as set forth previously.

37. Admit for jurisdictional purposes only.

38. Admit for jurisdictional purposes only.

39. Deny.

40. Admit.

41. Deny.

42. Deny.

43. Admit and deny as set forth previously.

44. Admit for jurisdictional purposes only.

45. Admit.

46. Admit.

47. Deny.

48. Deny.

49. Deny.

50. Deny.

51. Deny.

52. Deny.

53. Admit and deny as set forth previously.

54. Admit for jurisdictional purposes only.

55. Admit.

56. Admit.

57. Deny.

58. Deny.

59. Deny.

60. Deny.

61. Deny for lack of knowledge.

62. Deny.

63. Deny.

64. Admit and deny as set forth previously.

65. Admit for jurisdictional purposes only.

66. Admit.

67. Admit.

68. Deny.

69. Deny.

70. Deny.

71. Deny.

72. Deny.

73. Admit that Debtor retained possession. Deny remainder.

74. Deny.

75. Deny.

76. Deny.

77. Admit and deny as set forth previously.

78. Admit for jurisdictional purposes only.

79. Admit.

80. Admit.

81. Deny.

82. Deny.

83. Deny.

84. Deny.

85. Deny.

86. Admit that Debtor retained possession. Deny remainder.

87. Deny.

88. Deny for lack of knowledge.

89. Deny.

90. Deny.

91. Admit and deny as set forth previously.

92. Admit for jurisdictional purposes only.

93. Admit for jurisdictional purposes only.

94. Deny.

95. Deny.

96. Deny for lack of knowledge.

97. Deny.

98. Deny.

99. Admit and deny as set forth previously.

100. Admit for jurisdictional purposes only.

101. Deny.

102. Deny.

103. Deny.

104. Deny.

105. Deny.

106. Deny.

107. Deny.

108. Deny.

109. Admit and deny as set forth previously.

110. Admit for jurisdictional purposes only.

111. Admit as to the transfer to the Family Trust and the 2012 Kettle Deed. Deny remainder.

112. Admit as to the 2012 Kettle Deed. Deny remainder.

113. Deny.

114. Deny.

115. Deny.

116. Deny.

117. Deny.

118. Deny.

119. Deny.

120. Admit and deny as set forth previously.

121. Admit for jurisdictional purposes only.

122. Deny.

123. Deny.

124. Deny.

125. Deny.

126. Deny.

127. Deny.

128. Deny.

129. Deny.

130. Deny.

131. Deny.

132. Deny.

133. Admit and deny as set forth previously.

134. Admit for jurisdictional purposes only.

135. Admit as to the transfer to the Family Trust and the 2012 Kettle Deed. Deny remainder.

136. Admit as to the 2012 Kettle Deed. Deny remainder.

137. Deny.

138. Deny.

139. Deny.

140. Deny.

141. Deny.

142. Deny.

143. Deny.

144. Admit and deny as set forth previously.

145. Admit for jurisdictional purposes only.

146. Admit for jurisdictional purposes only.

147. Deny.

148. Deny.

149. Deny for lack of knowledge.

150. Deny.

151. Deny.

152. Admit and deny as set forth previously.

153. Admit for jurisdictional purposes only.

154. Deny.

155. Deny.

156. Deny.

157. Deny.

158. Deny.

159. Deny.

160. Deny.

161. Deny.

162. Deny.

163. Admit and deny as set forth previously.

164. Admit for jurisdictional purposes only.

165. Admit as to the transfer to the Family Trust and the 2012 Lanternback Deed. Deny remainder.

166. Admit as to the 2012 Lanternback Deed. Deny remainder.

167. Deny.

168. Deny.

169. Deny.

170. Deny.

171. Deny.

172. Deny.

173. Deny.

174. Admit and deny as set forth previously.

175. Admit for jurisdictional purposes only.

176. Deny.

177. Deny.

178. Deny.

179. Deny.

180. Deny.

181. Deny.

182. Deny.

183. Deny.

184. Deny.

185. Deny.

186. Deny.

187. Admit and deny as set forth previously.

188. Admit for jurisdictional purposes only.

189. Admit as to the transfer to the Family Trust and the 2012 Lanternback Deed. Deny remainder.

190. Admit as to the 2012 Lanternback Deed. Deny remainder.

191. Deny.

192. Deny.

193. Deny.

194. Deny.

195. Deny.

196. Deny.

197. Deny.

I HEREBY CERTIFY a copy of the foregoing has been provided by either U.S. Mail, facsimile, or electronic transmission this 24th day of March, 2016, to Joseph Altier, 2507 Roat Drive, Orlando, FL 32835; Jodell Altier, 2507 Roat Drive, Orlando, FL 32835; Gene T. Chambers, Chapter 7 Trustee, PO Box 533987, Orlando, FL 32853; Michael A. Nardella, Nardella & Nardella PLLC, 250 E Colonial Dr., Suite 102, Orlando, FL 32801; and United States Trustee, George C Young Federal Courthouse, 400 W Washington Street, Orlando, FL 32801.

**ALPER LAW, PLLC**

/s/ Jonathan B. Alper
Jonathan B. Alper, Esq.
Fla. Bar # 208681
jalper@alperlaw.com

/s/ Gideon I. Alper
Gideon I. Alper, Esq.
Fla. Bar #95874
galper@alperlaw.com

274 Kipling Court
Heathrow, Florida  32746
Telephone (407) 444-0404
Secondary Email: jroyal@alperlaw.com
Attorneys for Jodell Altier & Joseph Altier