**FILED**

MAR 25 2016

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

    JODELL ALTIER

    Debtor

Case No. 6:15-bk-1838-KSJ

_____/

GENE T. CHAMBERS, Trustee,
    Plaintiff,
vs.
JODELL ALTIER, et al.
    Defendants.

Case No. 6:16-ap-13-KSJ

_____/

## ANSWER

The Defendants, JILL A. ALTIER, and JENNIFER SANDMAN, as Successor Co-Trustees of the Altier Family Irrevocable Trust U/A DTD 7/9/2002.

1. Paragraph 8: Defendants admit to being trustees of the trust but have no knowledge about the creation of the Trust.

2. Paragraph 20: The deed speaks for itself. Defendants have no knowledge about the preparation of the deed.

3. Paragraph 29: The deeds speaks for itself. Defendants have no knowledge about the preparation of the deed.

4. Defendants have no knowledge about any other allegations in the Complaint.

Dated this 25th day of March, 2016.

_____
Jill A. Altier, Defendant

_____
Jennifer Sandman, Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by either U.S. Mail, facsimile, or electronic transmission this 25th day of March 2016 to the following parties:

1. Gene T. Chambers, Trustee P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee,

2. Joseph E. Altier, 2507 Roat Drive, Orlando, FL 32835

3. Jodell M. Altier, 2507 Roat Drive, Orlando, FL. 32835

4. Michael A Nardella, Esq. of Nardella & Nardella PLLC, 250 E. Colonial Dr. #102 Orlando, FL. 32801,

5. United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801,

6 Grande Legacy Group 2507 Roat Dr. Orlando, FL. 32835