UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                                      Case No.: 6:15-bk-01838-KSJ
JODELL M. ALTIER
Debtor

GENE T. CHAMBERS, Trustee
Plaintiff

v.                                                          Adversary Proceeding No: 6:16-ap-00013-KSJ

JODELL M. ALTIER
Defendant
_____/

## MOTION TO ADOPT PLEADINGS

**HEREIN,** Defendant, DARRIN C. LAVINE, Trustee for GRANDE LEGACY GROUP, a Texas Joint-Stock Company, Pro Se, ("Defendant") in the above styled and numbered cause, and files this motion to adopt certain pleadings and motions heretofore filed and as grounds, therefore, would show the court the following:

### I.

Defendant would show that Co-Defendant; Jodell M. Altier in this case has heretofore filed and may hereafter file numerous motions and pleadings. Defendant is aware that counsel for Co-Defendant, Jodell M. Altier, will file motions that may well be applicable to each defendant.

### II.

Defendant requests that all such motions and rulings thereon be adopted by reference and incorporated by reference on behalf of Defendant, GRANDE LEGACY GROUP, a Texas Joint-Stock Company in this case. So as to reduce the burden on this Court with respect to repetitive pleadings, Defendant hereby adopts all applicable motions of Defendant, Jodell M. Altier.

Defendant will conform them, if necessary, and, if appropriate, will add supplemental memoranda in support thereof. If Defendant does not intend to adopt a motion of a Defendant, Jodell M. Altier, the Court will be notified promptly. Otherwise, Defendant, GRANDE LEGACY GROUP, a Texas Joint-Stock Company, will have been presumed to have adopted all motions of his Co-defendants, not inconsistent with defendant's position.

WHEREFORE, due to the complexity of this case and the nature of the charges and the premises considered against Debtor, Defendant prays that this Honorable Court adopt this Motion to Adopt Pleadings and that all such motions and pleadings and the rulings thereon be adopted and incorporated on behalf of Defendant, GRANDE LEGACY GROUP, a Texas Joint-Stock Company in this case in the interest of justice, for due process of law.

Respectfully submitted,

_____
Darrin C. Lavine, as Trustee for
Grande Legacy Group, Pro Se
2170 West SR 434, Suite 260
Longwood, FL 32779
Phone: 321-972-8824

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished by U.S. Mail and/or email to the parties listed below this 25 day of March, 2016.

1. Gene T. Chambers, Trustee P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801

2. Michael A Nardella, Esq., Anthony M. Nardella, Jr., Esq., of Nardella & Nardella PLLC, 250 E. Colonial Dr. #102 Orlando, FL. 32801, Attorneys for Gene T. Chambers.

3. Jonathan B. Alper, Esq., Gideon I. Alper, Esq. of Alper Law, PLLC, 274 Kipling Court, Heathrow, Florida 32746. Attorneys for Jodell Altier and Joseph Altier.

_____
Darrin C. Lavine, as Trustee for
Grande Legacy Group, Pro Se
2170 West SR 434, Suite 260
Longwood, FL 32779
Phone: 321-972-8824