ORDERED.

Dated: April 15, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JODELL M. ALTIER, | ) | Case No. 6:15-bk-01838-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| GENE T. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 6:16-ap-00013-KSJ |
| | ) | |
| JODELL M. ALTIER **et. al**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO SET ASIDE**
**DEFAULT AND DENYING MOTION TO ADOPT PLEADINGS**

This adversary proceeding came on for hearing on April 7, 2016, for a pretrial conference and to consider the Defendant's Motion to Set Aside Default against Joseph Altier, Trustee (Doc. No. 25) and the Motion to Adopt Pleadings filed by Defendant, Grande Legacy Group - a Texas

Joint-Stock Company (Doc. No. 30). After reviewing the pleadings and considering the position of interested parties, it is

**ORDERED**:

1. The Defendant's Motion to Set Aside Default against Joseph Altier, Trustee (Doc. No. 25) is granted.

2. The Default entered against Joseph Altier, Trustee (Doc. No. 23) is vacated.

3. The Motion to Adopt Pleadings filed by Defendant, Grande Legacy Group - a Texas Joint-Stock Company (Doc. No. 30) is denied.

4. Defendant, Grande Legacy Group - a Texas Joint-Stock Company, is directed to file a response to the Complaint by **April 29, 2016**.

###

Copies furnished to:

The Clerk is directed to serve a copy of this order on all interested parties.